IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01088-OES

JAMES JOSEPH OWENS-EL,

    Applicant,

v.

WARDEN WILEY, and
THE U.S. PAROLE AND PROBATION CONGLOMERATE,

    Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

    Applicant James Joseph Owens-El is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Mr. Owens-El has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. Owens-El is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Owens-El will be ordered to file an amended application.

    The court has reviewed the application filed in this action and finds that the application is deficient because Mr. Owens-El fails to set forth clearly and concisely the claims for relief he is asserting. It is not clear whether Mr. Owens-El is challenging the decision of the United States Parole Commission as set forth in a Notice of Action dated January 14, 2005, or some action of the warden at the prison in which Mr.

Owens-El is incarcerated. Therefore, Mr. Owens-El will be ordered to file an amended application to clarify the claims he is asserting. In order to pursue his claims in this action, Mr. Owens-El must allege, clearly and concisely, which of his constitutional rights have been violated and how they have been violated.

Mr. Owens-El also must clarify in the amended application whether he has exhausted administrative remedies for his claims. To the extent Mr. Owens-El may be challenging the Parole Commission's decision set forth in the January 14, 2005, Notice of Action, he fails to allege whether he appealed that decision to the National Appeals Board. Accordingly, it is

ORDERED that Mr. Owens-El file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Owens-El, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. Owens-El fails within the time allowed to file an amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 22 day of June, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01088-OES

James Joseph Owens-El
Reg. No. 00305-131
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 6/22/05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk