IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01088-ZLW

JAMES JOSEPH OWENS-EL,

      Applicant,

v.

WARDEN WILEY, and
U.S. PAROLE AND PROBATION CONGLOMERATE,

      Respondents.

---

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Applicant's "Motion Amended Under Rule 60(b)(2) 28 USC F. R. Cv. Proc. Originally Submitted Aug. 2, 2005," filed on August 29, 2005, is DENIED for the same reasons set forth in the Court's Order Denying Motion to Reconsider filed on August 29, 2005..

Dated: September 1, 2005

---

Copies of this Minute Order mailed on September 1, 2005, to the following:

James Joseph Owens-El
Reg. No. 00305-131
ADX – Florence
PO Box 8500
Florence, CO 81226

                                                        _____
                                                        Secretary/Deputy Clerk